PHILLIP A. TALBERT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
KERRY BLACKBURN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
Nov 12, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERTO LEYVA, <br><br> Defendants. | CASE NO. 2:24-mj-0143 AC <br><br> SEALING ORDER <br><br> **UNDER SEAL** |

# S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court, and that the application and related papers in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by the Court, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office may share these documents with defense counsel and others as necessary to comply with its discovery obligations, and with the investigating law enforcement agency, which may share these documents with other law enforcement agencies as necessary in its investigation and prosecution.

Dated: November 12, 2024

_ALLISON CLAIRE_
UNITED STATES MAGISTRATE JUDGE

SEALING ORDER