PHILLIP A. TALBERT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-MJ-0143 AC |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO FILE REDACTED COPY OF AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |
| v. | |
| ROBERTO LEYVA, | |
| Defendant. | |

The United States' motion to partially unseal the Affidavit in Support of Criminal Complaint in the above-referenced case, to file a redacted copy of the sealed Affidavit, and to keep the Motion to File Redacted Copy of Affidavit in Support of Criminal Complaint is GRANTED.  The Clerk of the Court is directed to unseal the above referenced case, seal the original Criminal Complaint and the United States' Motion to Redact.  The Clerk of the Court is further directed to file the redacted Criminal Complaint on the public docket.

DATED: November 13, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE