| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>November 18, 2024<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERTO LEYVA<br><br>        Defendant. | Case No. 2:24-mj-00143-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ROBERTO LEYVA</u> Case No. <u>2:24-mj-00143-AC</u> Charges <u>21 USC § 846, 841(a)(1)</u> from custody for the following reasons:

|     |     |     |
|-----|-----|-----|
| ____ | Release on Personal Recognizance | |
| ____ | Bail Posted in the Sum of $ | _____ |
| **X** | Unsecured Appearance Bond $ | 50,000 co-signed by Maria Gutierrez and Roberto Leyva, Jr. |
| ____ | Appearance Bond with 10% Deposit | |
| ____ | Appearance Bond with Surety | |
| ____ | Corporate Surety Bail Bond | |
| ____ | (Other): _ | |

Issued at Sacramento, California on November 18, 2024 at 4:20 PM

                                                                                 */s/ Chi Soo Kim*

By: _____

       Magistrate Judge Chi Soo Kim